```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

_____
                                      :
BUENERGI ESTUPINA PAREDES,            :
                                      :   Civil Action No. 12-7834 (RMB)
              Petitioner,             :
                                      :
         v.                           :             **ORDER**
                                      :
JORDAN R. HOLLINGSWORTH,              :
                                      :
              Respondent.             :
_____:

For the reasons expressed in the Opinion filed herewith,

IT IS on this **10th** day of **October 2013**,

**ORDERED** that the petition, Docket Entry No. 1, is dismissed for lack of jurisdiction; and it is further

**ORDERED** that the Clerk shall serve this Order and the Opinion filed herewith upon Petitioner by regular U.S. mail and upon Respondent by means of electronic delivery; and it is finally

**ORDERED** that the Clerk shall close the file on this matter.

                                                s/Renée Marie Bumb
                                                **RENÉE MARIE BUMB**
                                                **United States District Judge**